IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

   v.

CASSONE LEASING, INC.

                Defendant.
-------------------------------------------------------x

Case No. 2:19-cv-03721(SIL)

## JOINT MOTION TO APPROVE CONSENT DECREE

    Plaintiff Equal Employment Opportunity Commission and Defendant Cassone Leasing, Inc. jointly move this Court to review and approve the attached Consent Decree.

    The Court will retain jurisdiction over this action for all purposes including, but not limited to, the entering of all orders, judgments, and decrees as necessary to implement the relief provided herein. Upon signature and approval by the Court, the matter may be administratively closed but will not be dismissed.

Dated: March 18, 2022

                                            Respectfully Submitted,

| /s/Renay M. Oliver | /s/Bran Noonan |
|---|---|
| Renay M. Oliver | Bran Noonan |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | FordHarrison, LLP |
| New York District Office | 366 Madison Avenue, 7th Floor |
| 33 Whitehall Street, 5th Floor | New York, NY 10017 |
| New York, NY 10004 | bnoonan@fordharrison.com |
| renay.oliver@eeoc.gov | (212) 453-5919 |
| (929) 506-5289 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |